## GETER, *Guardian,* v. BOYD.

No. 2085.    Opinion Filed October 15, 1912.

(127 Pac. 388.)

*Error from District Court, Okmulgee County;*
*W. L. Barnum, Judge.*

Action by Daniel Geter, guardian of Dollie Corbray, against Nathan Boyd. Judgment for defendant, and plaintiff brings error. Affirmed.

*Herbert E. Smith,* for plaintiff in error.

*William M. Matthews, Ralph H. Ellison,* and *Mark L. Bozarth,* for defendant in error.

Opinion by AMES, C. It is stipulated between the plaintiff in error and defendant in error in this case that this is substantially the same as the case of *Daniel Geter, Guardian of Dollie Corbray, v. Charles E. Ulrich, ante,* 127 Pac. 387, which has just been decided; and for the reasons stated in that opinion the judgment of the district court should be affirmed.

By the Court: It is so ordered.